ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Quarterline Consulting Services, LLC | ) ASBCA No. 63482 |
| | ) |
| Under Contract No. HT0050-18-D-0024 | ) |
|   Task Order No. FA9401-19-F-A023 | ) |

APPEARANCE FOR THE APPELLANT:    David T. Truong, Esq.
        General Counsel

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter III, Esq.
        Air Force Deputy Chief Trial Attorney
        Le'Dara Clark, Esq.
        Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 28, 2023

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the
Armed Services Board of Contract Appeals in ASBCA No. 63482, Appeal of
Quarterline Consulting Services, LLC, rendered in conformance with the Board's
Charter.

Dated:  July 28, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals